**Electronically Filed
Supreme Court
SCWC-17-0000600
18-MAY-2023
08:02 AM
Dkt. 17 OGAC**

SCWC-17-0000600 and SCWC-17-0000925

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

CAAP-17-0000600
JEROME C. PAVE, Claimant,
vs.
PRODUCTION PROCESSING, INC.,
Petitioner/Employer-Appellee/Appellee,
and
GALLAGHER BASSETT SERVICES, INC.,
Petitioner/Insurance Carrier-Appellee/Appellee,
and
SPECIAL COMPENSATION FUND, Respondent/Appellant/Appellant.
(CASE NO. AB 2015-011 (DCD No. 2-10-02936))

-----------------------------------------------------------------

CAAP-17-0000925
CLYDE A. DIAS, Claimant,
vs.
ALTRES, INC.,
Petitioner/Employer-Appellant/Appellee,
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, Inc.,
Petitioner/Insurance Carrier-Appellant/Appellee,
and
SPECIAL COMPENSATION FUND, Respondent/Appellee/Appellant.
(CASE NO. AB 2014-387 (DCD No. 2-08-08354))
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
Circuit Judge Browning and Circuit Judge Viola,
assigned by reason of vacancies)

The Applications for Writ of Certiorari filed on March
28, 2023 by (1) Petitioner/Employer-Appellee/Appellee Production

Processing Inc. and Petitioner/Insurance Carrier-
Appellee/Appellee Gallagher Bassett Services, Inc.; and (2)
Petitioner/Employer-Appellant/Appellee Altres, Inc. and
Petitioner/Insurance Carrier-Appellant/Appellee Hawaii
Employers' Mutual Insurance Company, Inc., are rejected.

DATED: Honolulu, Hawai'i, May 18, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ R. Mark Browning

/s/ Matthew J. Viola

